UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOW VIRUTAL REALITY, INC.,
*Plaintiff*

v.

740452063, 88BESTESHOP, A FA STORE, AHTEC, ALISINTL, AUTOHOMEANDHOME, BABYGOODS, BBDZ, BEAR BABY, BEAUTYYY, BEST GOPRO STORE, BETTER HOME 2018, BETTERWORLDTOOLS, BLACKVIEW, BLUEBETTER, BUY DIRECTLY FROM CHINA, CHARLES' HOUSE, CHENCHUANYIN, CHENGYANG STORE, CHINESEVR, CHINGSUMSUM, CISBOW, CISKAY, COMFORTABLELIFESTORENB, CRAZYAJQ, DAVID E-HOME, DOGS COPY SHOP MOTHER STORE, DREAM GARDEN, DREAM_STUDIO, ECHO LOVE ATE WATERMELON, ELECTRONIC O, EMMA.POPTAY, EMMASHOP2016, ENERGY STAR, ERIN PEAR, EYEBEAUTY1, FANQI E-BUSINESS, FANTASTIC SCIENCE, FANTASTIC_TUNE, FED, FEIHONG ELECTRICAL APPLIANCES STORE, FIND THE OUTDOOR, FLIPPEDLOVE, FLOWERYSMILE, GINASTORE, GMJ, GREATSELLER2015, GROCERY SHOP, GUANG ZHOU E-TOP TRADE CO.,LTD, GUANGZHOUJIESIQIWANGLUOKEJIYOUXIANGONGSI, GUILTYPLEASURES4YOU, HEART GOOD, HEROHONOR, HOMESHOPFORYOU, ICEICEGIRL, ICREAT, JIA'S BOUTIQUE, JINGZHOU CITY HAO LAI LE KNITTING GARMENT CO., LTD, LAIHONGHONG, LAILAILAILAI, LANTIAN, LEWOVE, LG_PENNY, LIANGRILANXIAODIAN, LIGUILIAN, LISHUJUN, LISUIXIAOPU, LIU WU SHOP, LIUDD7909, LOVELIFETTT, LOVELY, LUXURY C C, LUXURYMALL, MADE RICH, MCAVOY, MNNICE, NALADOO, NICE WAY TRADE, OFQCIW163, PENDANTSCARF, QZHUOSTORE, RATIMAYA, ROSA1, SANGYUJIE, SDADAS, SELLER01, SHENNANSHUN TECHNOLOGY, SHENZHEN GEEK GENE TECHNOLOGY CO., LTD., SHENZHEN ODOR TECHNOLOGY CO.,LTD, SHENZHEN TENGYUTONGXIN CO,.LTD, SHIDAN0623, SILINDI ELECTRONIC TECHNOLOGY, SUPERSHOP666, TAGH667, TENYEARS, TIANTIANMAO, TIMEIG12388, TXMY, VANDERLIFESNS, VR SHOPPING, WINWE, XIAOFENGXIAN6680,

18-cv-3618 (JFK)

ORDER TO UNSEAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-18

| XINYUXINYUAN, XUZHENGTAI, YIYINGHOME, YIYU SILICONE TECHNOLOGY CO LIMITED, ZHOUZHOUYI, and ZHULIANG213, *Defendants* |
|---|

This Action is to be unsealed in its entirety.

**SO ORDERED.**

SIGNED this _18_ day of _June_, 2018, at _10:30_ A.m.
New York, New York

　　　　　　　　　　　　　　　　　　　_/s/ John F. Keenan_
　　　　　　　　　　　　　　　　　　　HON. JOHN. F. KEENAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2